IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL OKPOR | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| CONRAD J. BENEDETTO | : | NO. 22-906 |

ORDER

AND NOW, this 18th day of November, 2022, for the reasons stated in the foregoing Memorandum, the motion of plaintiff Michael Okpor to amend his complaint is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.